# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

J & J SPORTS PRODUCTIONS, INC., :
:
    Plaintiff, :
:
  v. : CIVIL ACTION NO.
: 1:08-CV-0977-JOF
CHONG H. KIM, individually and as :
the owner and/or alter ego of, also :
known as World Cup, LLC, also known :
as World Cup Billiard & Pool Club; :
and WORLD CUP, LLC, a domestic :
limited liability corporation, :
:
    Defendants. :

## OPINION AND ORDER

This matter is before the court on Plaintiff's motion to dismiss pro tanto [14].

Plaintiff, J&J Sports Productions, Inc., filed suit against Defendants, Chong H. Kim, individually and as owner and/or alter ego of World Cup, LLC, and/or World Cup Billiard & Pool Club, and World Cup, LLC, on March 13, 2008, pursuant to the Communication Act of 1934 as amended, 47 U.S.C. §§ 605 *et seq.,* and the Cable and Television Consumer Protection Competition Act of 1992, as amended, 47 U.S.C. §§ 553, *et seq.*, alleging that Defendants are liable for the unlawful publishing of the Erik Morales v. Manning Pacquiao World Super Feather Weight Championship Fight Program on Saturday, March 19, 2005.

Plaintiff filed the instant motion to dismiss Defendant Chong H. Kim, World Cup, LLC, and World Cup Billiard & Pool Club with prejudice as the parties have reached a settlement. No party has responded to Plaintiff's motion and the court deems it unopposed.

For good cause shown, the court GRANTS Plaintiff's motion to dismiss [14]. The Clerk of the Court is DIRECTED to DISMISS WITH PREJUDICE Plaintiff's complaint.

**IT IS SO ORDERED** this 5th day of March 2009.

s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)